IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KEVIN WAYNE PROVENCIO**                                                                   **PLAINTIFF**
**#269126**

V.                                              **CASE NO. 4:24-cv-00101 JM**

**SARAH HUCKABEE SANDERS**[1]                                                         **DEFENDANT**

## ORDER

Kevin Wayne Provencio, an inmate at the Pulaski County Detention Facility, has filed a *pro se* complaint and an amended complaint under 42 U.S.C. § 1983 (Doc. 1, 5) and an application for leave to proceed *in forma pauperis*. (Doc. 4). Because a district court has the inherent authority to dismiss a case without a motion by either party for failure to state a claim, Provencio's *IFP* (Doc. 4) is denied as moot and his complaint and amended complaint are dismissed without prejudice. *See Smith v. Boyd*, 945 F.2d 1041, 1043 (8th Cir. 1991).

Provencio alleges that Governor Sanders has used "unconstitutional courts with unconstitutional laws" to violated his human rights. (Doc. 5 at 2). Provencio believes that he has been victimized and enslaved by the existence of his birth certificate and suggests that there are "no real criminal laws only the enforcement of corporate contracts." (*Id*.). An action is frivolous if its allegations are "fanciful . . . fantastic or delusional," its "factual contentions are clearly baseless," or it is "based on an indisputably meritless legal theory." *Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992); *Nietzke v. Williams*, 490 U.S. 319, 327-29 (1989). A "finding of frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible." *Denton*, 504 U.S. at 33. Provencio's allegations are fanciful and unfounded and are

---

[1] The Clerk is directed to correct Governor Sanders's name on the docket.

dismissed without prejudice.

This dismissal counts as a strike within the meaning of 28 U.S.C. § 1915(g).  An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 22nd day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE